UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ALLSTATE SETTLEMENT CORPORATION, a Nebraska corporation, and LIFE INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETH BIDWELL, individually and as personal representative of the Estate of Thomas Bidwell,<br><br>and<br><br>LEOLE CROPANESE,<br><br>and<br><br>T.J.B., a minor, by her natural guardian JANE DOE,<br><br>Defendants. | Case No. 6:16-cv-638-ORL-37-DCI |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiffs, Allstate Settlement Corporation ("Allstate Settlement") and Allstate Life Insurance Company of New York ("Allstate Life NY"), by and through undersigned and pursuant to Local Rule 3.08 , files this Notice of Settlement advising the Court that the Parties have reached an agreement resolving all matters of the above-captioned action and that the matter is ready to be administratively closed.

DATED: July 9, 2017

42256010;1

Case 6:16-cv-00638-RBD-DCI   Document 48   Filed 07/09/17   Page 2 of 2 PageID 219

Respectfully submitted,

*/s/ Kimberly A. Lopez*
Megan Costa DeVault, Esq. (Trial Counsel)
Florida Bar Number: 0560731
Kimberly A. Lopez, Esq.
Florida Bar Number: 59215
Emails: megan.devault@akerman.com
        kimberly.lopez@akerman.com
**AKERMAN LLP**
Post Office Box 231
Orlando, FL 32802-0231
Telephone: (407) 423-4000/Fax: (407) 843-6610
Attorneys for Plaintiffs,
*Allstate Settlement Corporation and Allstate Life Insurance Company of New York*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 9th day of July, 2017, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    */s/ Kimberly A. Lopez*
    Kimberly A. Lopez
    Florida Bar Number: 59215

42256010;1